**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-2294**

_____

LORENE BUCKLEN, Widow of Kermit Bucklen,

                                        Petitioner,

          versus

JEWELL SMOKELESS COAL CORPORATION; DIRECTOR,
OFFICE OF WORKERS' COMPENSATION PROGRAMS,

                                        Respondents.

_____

On Petition for Review of an Order of the
Benefits Review Board
(05-0593-BLA)

_____

Submitted:  June 13, 2007          Decided:  July 10, 2007

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lorene Bucklen, Petitioner Pro Se.  Ronald Eugene Gilbertson, BELL,
BOYD & LLOYD, Washington, D.C.; Patricia May Nece, Sarah Marie
Hurley, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorene Bucklen seeks review of the Benefits Review Board's decisions and orders affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000) and denying reconsideration. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. <u>Bucklen v. Jewell Smokeless Coal Corp.</u>, No. 05-0593-BLA (B.R.B. Feb. 15, 2006; Nov. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>